IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  09-cv-00478-WYD-MJW

EDWARD LOEFFLER,

Plaintiff(s),

v.

UNITED COLLECTION BUREAU, INC.,

Defendant(s).

MINUTE ORDER


Entered by Magistrate Judge Michael J. Watanabe


It is hereby ORDERED that the Defendant's Unopposed Motion for Telephonic Appearance at Settlement Conference, DN 17, filed with the Court on June 4, 2009, is GRANTED.  Defendant's representative may participate at the June 29, 2009 settlement conference (set at 1:30 p.m. mountain time) by telephone.  The Court's telephone number is (303) 844-2403.   Counsel for the defendant shall ensure the availability of their representative for the settlement conference on the above date and time.

Date: June 9, 2009